**FILED**

June 30, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )        Case No.  2:09-mj-207 KJM
            Plaintiff,           )
                                 )        ORDER FOR RELEASE
v.                               )        OF PERSON IN CUSTODY
                                 )
JONATHAN NIMIS,                  )
                                 )
            Defendant.           )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jonathan Nimis</u> Case <u>2:09-mj-207 KJM</u> from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

\_\_\_\_    Release on Personal Recognizance

\_\_\_\_    Bail Posted in the Sum of _____

  X     Unsecured bond in the amount of $50,000, co-signed by defendant's

        parents

\_\_\_\_    Appearance Bond with 10% Deposit

\_\_\_\_    Appearance Bond secured by Real Property

\_\_\_\_    Corporate Surety Bail Bond

  X     (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/30/09</u>    at  <u>2:53 p.m.</u>

By  _____

Kimberly J. Mueller,
United States Magistrate Judge